No. 698, Misc. FERMIN v. MUNICIPAL COURT DEPARTMENT No. 3, OAKLAND, CALIFORNIA, 375 U. S. 925; and

No. 920, Misc. BRILL v. MULLER BROTHERS, INC., *ante,* p. 927. Motions for leave to file petitions for rehearing denied.